# United States Court of Appeals
## For the First Circuit

No. 14-1858

RICHARD MARVIN THOMPSON,

Petitioner,

v.

LORETTA E. LYNCH,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on December 29, 2015, is amended as follows:

On page 3, line 17, "Customs" is replaced with "Citizenship"

On page 5, footnote 1, line 8, "Court" is replaced with "court"

On page 7, line 8, "Thomson" is replaced with "Thompson"